IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
02 DEC 23 PM 1:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JOHN ANTHONY BEAVER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 02-S-2296-S |
| ) | |
| WARDEN RALPH HOOKS and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

ENTERED
DEC 23 2002
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

## MEMORANDUM OPINION

On September 17, 2002, Petitioner John Anthony Beaver, filed a form application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with this court. He challenges the validity of his conviction on November 23, 1998, of capital murder. In accordance with the usual practices of this court, the petition was referred to a magistrate judge for a preliminary review and recommendation. The respondents were ordered to file a response to the petitioner's allegations. The Attorney General of the State of Alabama filed a response, wherein he states that the present petition contains exhausted and unexhausted claims and is due to be dismissed under the applicable statute of limitations. 28 U.S.C. § 2244(d)(1). (Doc. 6). On December 6, 2002, the petitioner moved to dismiss his petition because he agreed that his petition includes claims that were not exhausted in state court. (Doc. 9).

Accordingly, the petitioner's motion to dismiss (doc. 9) is hereby **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

**DONE**, this the 23rd day of December, 2002.

_____
UNITED STATES DISTRICT JUDGE